UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                        CASE NO. 10-56399-WSD

Adam W Hurtt                         CHAPTER 13 PROCEEDINGS
                                      HON. WALTER SHAPERO.DETROIT

Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| ADAM W HURTT 18530 MACK AVE #479 GROSSE POINTE, MI 48236-0000 SSN: XXX-XX-4970 | N/A | N/A | DEBTOR REFUND | 1319634 | 11/30/10 | $ 316.15 |

DATED: December 03, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930     4369131
DETROIT, MICHIGAN 48231-1930

1056399 00000 017414 1319634
CLERK OF US BANKRUPTCY COURT
& DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

### OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 11/30/2010                                                                     Check No: 1319634
Payee: CLERK OF US BANKRUPTCY COURT

| 1056399 | Adam W Hurtt | | | 316.15 | 0.00 | 316.15 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

ANTI-FRAUD PROTECTION - PATENTS 5,197,766; 5,340,160

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

84-79
611

CHECK NO. 1319634

SunTrust Bank

FOR    Adam W Hurtt
BK:1056399 ACCT:
PRIN:    316.15    INT:    0.00

DATE **Nov 30, 2010**
AMOUNT
********316.15

PAY    316.15
THREE ONE SIX PERIOD ONE FIVE
Three Hundred Sixteen And 15 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $316.15
VOID 90 DAYS AFTER DATE

TO
THE
ORDER
OF

CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

Tammy L. Terry
Chapter 13 Trustee

⑆1319634⑆ ⑆061100790⑆ 00000057515 16⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Adam W Hurtt

                Debtor

CASE NO. 10-56399-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to
entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter
13 in the above captioned matter. The checks were never negotiated. The trustee has made a good
faith effort to verify the correct mailing address for said entities and deliver the funds before
presenting this notice. More than sufficient time has passed for the checks to the creditor to be
negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names
and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the
above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern
District of Michigan, to effect closing of this estate.

**Attorney Information:**

**SECOND START P.L.L.C.**
**29200 NORTHWESTERN HIGHWAY**
**SUITE 155**
**SOUTHFIELD, MI  48034**

**Last Known Address for Debtor:**

**ADAM W HURTT**
**18530 MACK AVE #479**
**GROSSE POINTE, MI  48236**

DATED:  December 03, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100